UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LEE BONNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:20-cv-00473-JPH-MJD |
| | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

**Order Dismissing Petition and Directing Entry of Final Judgment**

On October 9, 2020, this Court ordered the petitioner to show cause why his petition should not be dismissed with prejudice pursuant to 28 U.S.C. § 2255(e). *See* dkt. [4]. The petitioner has failed to respond to the Court's show cause order, and the time to do so has passed. Accordingly, the petitioner's § 2241 petition is **denied** pursuant to 28 U.S.C. § 2255(e). Judgment dismissing this action with prejudice shall now issue. *Prevatte v. Merlak*, 865 F.3d 894, 901 (7th Cir. 2017) (holding that dismissal for failure to satisfy § 2255(e) is a dismissal with prejudice).

**SO ORDERED.**

Date: 12/3/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LEE BONNER
47517-044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808